UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIJAH D. DAVIS,

      Plaintiff,

v.                                     Case No: 6:25-cv-959-JSS-RMN

UNITED STATES OF AMERICA,

      Defendant.

_____/

## ORDER

Defendant moves to dismiss the complaint, (*see* Dkts. 1, 1-1), for lack of subject matter jurisdiction and failure to state a claim, *see* Fed. R. Civ. P. 12(b)(1), (6), and asks the court to deny leave to amend. (Dkt. 7; *see* Dkts. 8, 8-1, 8-2.) Plaintiff, proceeding pro se, opposes the motion. (Dkt. 12.) The magistrate judge recommends granting the motion, dismissing the complaint without prejudice and without leave to amend, and directing the Clerk to revise the case caption to correctly identify the United States of America as Defendant and to close this case. (Dkt. 16.) No party has filed objections to the recommendation, and the time to do so has passed. Upon consideration, the court adopts the recommendation in full.

After conducting a careful and complete review of the findings and recommendations made by a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations." 28 U.S.C. § 636(b)(1); *accord* Fed. R. Civ. P. 72. A party must serve and file written objections to a magistrate

judge's recommendation within fourteen days of being served with a copy of it, 28 U.S.C. § 636(b)(1)(C), and the failure to object in a timely fashion "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions," 11th Cir. R. 3-1.  With respect to dispositive matters, the district judge must conduct a de novo review of any portion of the recommendation to which a timely objection is made.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed.").  Even in the absence of a specific objection, the district judge reviews any legal conclusions de novo.  *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Here, upon conducting a careful and complete review of the magistrate judge's recommendation and giving de novo review to matters of law, the court agrees with the recommendation.

Accordingly:

1. The magistrate judge's recommendation (Dkt. 16) is **ADOPTED**.

2. Defendant's motion to dismiss (Dkt. 7) is **GRANTED**.

3. Plaintiff's pro se complaint (Dkt. 1) is **DISMISSED without prejudice and without leave to amend**.

4. The Clerk is **DIRECTED** to revise the case caption to correctly identify the

- 3 -

United States of America as Defendant.

5. The Clerk is further **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on July 9, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties